Timothy G. Tonkin, Esq. (#020709)
Montana Thompson, Esq. (#030567)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Telephone:   (602) 258-8900 ext. 258
Facsimile:   (602) 288-1663
E-Mail:  montanat@phillipslaw.com
E-Mail:  minute_entries@phillipslaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| COREY LEASHORE, individually,<br><br>Plaintiff,<br><br>v.<br><br>USHIO AMERICA, INC. a foreign corporation; CHRISTOPHER ATKINSON; JOHN DOE DRIVER, an individual; JOHN DOES 1-5; JANE DOES 1-5; BLACK CORPORATIONS 1-5; and WHITE PARTNERSHIPS 1-5,<br><br>Defendants. | Case No.: CV2019-02912-PHX-SMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the above cause of action be dismissed with prejudice as to all parties and as to all claims, each party to bear their own costs and attorneys' fees.

DATED this 29th day of August, 2019.

**Lewis Roca Rothgerber Christie, LLP**

By: */s/ Adam Reich, Esq.*
     Adam Reich, Esq.
     Attorney for Defendants

**PHILLIPS LAW GROUP, P.C.**

By: */s/ Montana Thompson, Esq.*
M. Montana Thompson, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August 2019, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam Reich, Esq.
**Lewis Roca Rothgerber Christie, LLP**
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004
areich@lrrc.com
*Attorneys for Defendant*

By: */s/ Dora Alcala*