# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corey Leashore, | No. CV-19-02912-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Ushio America Incorporated, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 22),

IT IS ORDERED dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 30th day of August, 2019.

Honorable Susan M. Brnovich
United States District Judge